IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERILYNN MERRIAM,<br><br>                  Plaintiff,<br><br>v.<br><br>PEAK RESTAURANT PARTNERS,<br><br>                  Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:15-cv-32-DB<br><br>District Judge Dee Benson |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn Furse on March 12, 2018, recommending that the court grant Defendant's Motion for Summary Judgment on Plaintiff's hostile work environment claim, constructive discharge claim, and gender discrimination claim, and deny Defendant's Motion with respect to Plaintiff's retaliation claim. (Dkt. No. 62.)

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

      IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendant's Motion for Summary Judgment is granted with respect to Plaintiff's claims for

hostile work environment, constructive discharge, and gender discrimination. Defendant's Motion is denied with respect to Plaintiff's claims for retaliation.

DATED this 28th day of March, 2018.

BY THE COURT:

Dee Benson
United States District Judge